| | AUSA: | DePorre | Telephone: | (810) 766-5177 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Zylik, ATF | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Michigan

United States of America
   v.

Dominque Aaron Dendy

Case: 4:26-mj-30198
Judge: Ivy, Curtis

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 13, 2026 _____ in the county of _____ Genesse _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1). | Possession with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about April 13, 2026, in the Eastern District of Michigan, Dominque Dendy, possessed with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Zylik, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __April 16, 2026__

_____
*Judge's signature*

City and state:  Flint, Michigan

Honorable Curtis Ivy Jr., U.S Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Christopher Zylik, being first duly sworn, hereby depose and state as follows:

1.      I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since January 2022, I am currently assigned to the Detroit Field Division, Flint Field Office. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately eight years. I held numerous positions with the MSP, including Field Training Officer and Evidence Technician. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, violent crime, homicides, criminal street gangs, and other violations of federal law.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information

1

outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.      On April 13, 2026, member of Genesee Human Oppression Strike team (GHOST) from the Genesee County Sheriff Office (GCSO), conducted surveillance on Dominque Dendy, who is currently on tether / location monitoring while on bond in 67th District Court case 2026-26T00155-FY. GHOST members observed Dendy leave 2506 Woodrow Ave. Flint, MI 48506. Dendy was driving a white GMC Terrain with Florida registration XAJ788. Dendy was observed driving southbound on I-75 and was surveilled to go to the corner of Seven Mile Rd and Mound Rd to a Citgo gas station. GHOST members then observed Dendy leaving and travelling northbound on I-75. Dendy was observed traveling at a high rate of speed through a construction zone, approximately 100 mph, which was confirmed through Dendy's GPS tether.

4.      A traffic stop was initiated by Genesee County Sheriff Office for violations of the Michigan Motor Vehicle Code and assisted by Michigan State Police K9 on I-75 north of Holly Rd. in Genesee County, Eastern District of Michigan. Police identified the driver and lone occupant as Dendy by his Michigan Driver License. During a search of Dendy's vehicle, A GCSO Deputy found three

2

large clear plastic bags containing large amounts of what appeared to be crystal methamphetamine in the vehicle. TruNarc tests were conducted and the contents of all three bags tested positive for methamphetamine (TruNarc #5375, 5377, and 5379). Each bag weighed approximately 16 ounces for a total of three pounds. I know that three pounds of methamphetamine is an amount consistent with distribution and not personal use.

5.      After the traffic stop, law enforcement executed search warrants at two houses controlled and used by Dendy: 2506 Woodrow Avenue in Flint and 3125 Dexter Street in Flint.

6.      Officers seized the following items from 2506 Woodrow Avenue:

- $171 US currency

- Corner tie baggie containing white pills.

- Corner tie baggie containing green leafy substance suspected of marijuana.

- Glock, model 22, .40 caliber S/N:BARR077 (reported stolen).

- Plastic baggie weighing 2.1 grams of fentanyl (TruNarc #5395)

- Plastic baggie weighing 8.6 grams of fentanyl (TruNarc #5397)

- Plastic baggie weighing 6.1 grams of cocaine HCI (TruNarc #5399)

- Plastic baggie weighing 5.4 grams of cocaine base (TruNarc #5401)

- Baggie containing less than 1 gram of methamphetamine (TruNarc #5382)

- Plastic baggie containing 13.6 grams of Epsom salt (TruNarc #5392) Based on my training and experience, drug dealers will often use a cutting agent to mix in with narcotics to stretch the supply of illegal drugs to maximize profits.

- KTM motorcycle, VIN: VBKLSV408RM762785 (reported stolen out of Lapeer County Michigan)

7. Officers seized the following items from 3125 N. Dexter Street:

- One live round of .22 caliber (from Dendy's bedroom)

- Ten live rounds of 7.62 ammunition (from Dendy's bedroom)

8. I am aware that individuals engaged in the distribution of illegal drugs often possess firearms to protect their drugs and proceeds. I am also aware that they commonly possess various types of drugs for sale.

9. As noted above, Dendy is currently on bond in 67th District Court case 2026-26T00155-FY, and is charged in that case with Resisting/Obstructing Police Causing Injury and Fleeing and Eluding Third Degree. He is on tether / location monitoring while on bond.

10. Based on the foregoing, I have probable cause to believe that on or

4

about April 13, 2026, in the Eastern District of Michigan, Dominque Dendy, possessed with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1).

_____
Christopher Zylik
Special Agent
Bureau of Alcohol, Tobacco,
Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this _16th_ day of April, 2026.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

5